JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE LEE BARNES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RICK HILL, WARDEN,<br><br>　　　　　Respondent. | CASE NO. 5:21-cv-01550-SVW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that this action is dismissed for lack of jurisdiction.

DATED: October 1, 2021

　　　　　　　　　　　　　　　　　　　　HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE